# In the United States District Court for the Southern District of Georgia Brunswick Division

FILED
John E. Triplett, Acting Clerk
United States District Court
By casbell at 10:25 am, Oct 28, 2020

UNITED STATES OF AMERICA,

v.

LEISHA ALLEN,

    Defendant.

CR 214-024

### ORDER

Before the Court is Defendant Leisha Allen's petition for leave to file a second petition under the First Step Act, dkt. no. 65, which the Court construes as a renewed motion for compassionate release. For the reasons stated in the Court's September 22, 2020 Order, dkt. no. 63, Allen's motion is **DENIED**.

**SO ORDERED**, this __28__ day of October, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA